# UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN

In re:
SCHUBKEGEL, TERRI,

   Debtor(s)

CASE NO.: 17-27107-KMP

CHAPTER 7

## TRUSTEE'S STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Intent to Abandon Property of the Estate, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the trustee hereby abandons the Estate's interest in the following property:

| Item: | Debtor's Scheduled Value: |
|---|---|
| | |
| 9524 Camp Lake Rd, Salem, WI 53168-9302 | $240,000.00 |
| 1998 Dodge Ram Pickup 1500 | $2,000.00 |
| 2003 Dodge Caravan | $3,000.00 |
| Living Room Furniture, Dinette Set, Stove and Refrigerator, Washer and Dryer, Bedroom Furniture, Tables and Lamps and Rugs | $2,000.00 |
| TVs, Computer, Cell Phones, | $1,000.00 |
| Necessary Clothing | $500.00 |
| Checking Account: PNC Checking and Savings; Chase Bank -- Checking | $5,000.00 |

| | |
|---|---|
| Debtor is 1/2 Owner of Home again Restaurant LLC. A restaurant. Assets include: Equipment, Furniture, TVs, Total assets $20,000 Liabilities-0-, 00% ownership | $10,000.00 |
| 401(k) or Similar Plan: Debtor's account through work $500. NFS account through Mundeline $260,000 | $260,500.00 |

Dated in Waterford, Wisconsin this 9th day of August, 2019.

Michael F Dubis, Trustee

Michael F Dubis, Trustee
208 E. Main Street
Waterford, WI 53185
Telephone: 262-534-6950 Voice
Fax: 262-534-7367
mdubis@tds.net