# Michael F. Dubis, S.C.

Attorney & Counselor at Law

*Attorney Michael F. Dubis*  
*Attorney Anthony J. Kryshak II, of counsel*

*Mary Ellen Sikora, Paralegal*  
*Debra J. Ratkowski, Legal Secretary*

June 22, 2020

STATUS REPORT RE:

Terri S. Schubkegel

Non-filing souse Peter Schubkegel

#17-27107 kmp Ch7

To creditors and all interested parties:

This is a status report. The proposed buyer of the home, as of yet, has not been cleared for closing. He is represented by counsel who hopes he will be cleared by mid July. Obviously, this date is almost two months from the first projected date in late May. The Trustee has lost his patience . By July 19th, 2020, the Trustee must close or receive a satisfactory commitment to close. If the matter closes as hoped in compliance with the Court Order authorizing the sale, the distributions will be minimally affected except for secured creditors. This sale is the only way to maximize distributions to creditors and to allow the debtor and the non-filing spouse to remain in their home. If the sale does not take place, the Trustee will have to hire counsel for several matters, including the very real chance that the Trustee will file suit for the eviction of the debtor and her family from the premises and lease the same until the Trustee sells it. The dividend to unsecured creditors will be seriously impacted.

Very truly yours,

MICHAEL F. DUBIS  
Trustee in Bankruptcy

Waterford Office: Mailing Address: P.O. Box 58, Waterford, WI 53185
Office Address: 208 E Main Street, Waterford, WI 53185
262-534-6950 • 262-534-7367 FAX
Tichigan/Wind Lake Office (Michael F. Dubis only): 7802 Town Line Road, Waterford, WI 53185 • 262-895-6345
mdubis@tds.net • www.michaelfdubis.com